**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Brittany Allison Ketron** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF TENNESSEE, NORTHEASTERN DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Eagle Financial**<br><br>Description of property securing debt: **Non-PMSI in Household Goods and/or Household Furnishings** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**avoid lien using 11 U.S.C. § 522(f)** | ☐ No<br><br>■ Yes |
| Creditor's name: **Progressive Leasing**<br><br>Description of property securing debt: **Television Stand** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain & Pay** | ☐ No<br><br>■ Yes |
| Creditor's name: **Service Loan Company**<br><br>Description of property: **Non-PMSI in Household Goods and/or Household Furnishings** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Brittany Allison Ketron** _____    Case number *(if known)* _____

securing debt:    **avoid lien using 11 U.S.C. § 522(f)**

| | | |
|---|---|---|
| Creditor's name: | **Smart Finance Johnson City** | ☐ Surrender the property. |
| | | ☐ Retain the property and redeem it. |
| Description of property securing debt: | **2007 Mercury Milan Premier 155,500 (approx.) miles NADA: $2,250.00** | ☐ No |
| | | ☐ Retain the property and enter into a *Reaffirmation Agreement.* |
| | | ☐ Retain the property and [explain]: |

☐ No

■ Yes

☐ Surrender the property.
☐ Retain the property and redeem it.
■ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]: _____

---

**Part 2:**    **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |
| Lessor's name: <br> Description of leased Property: | ☐ No <br> ☐ Yes |

---

**Part 3:**    **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Brittany Allison Ketron** _____    X _____
   **Brittany Allison Ketron**                                    Signature of Debtor 2
   Signature of Debtor 1

   Date    **January 29, 2019** _____    Date _____

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Tennessee, Northeastern Division

In re **Brittany Allison Ketron**

_____ Debtor(s)

Case No. _____

Chapter **7** _____


# CERTIFICATE OF SERVICE

I hereby certify that on <u>January 29, 2019</u>, a copy of **Debtor's Statement of Intention** was served electronically to the U.S. Trustee and Chapter 7 Trustee and United States mail, first class, postage prepaid to the following:

**Eagle Financial**
**Attn: Bankruptcy Dept**
**1101 East Stone Drive #7**
**Kingsport, TN 37660**

**Eagle Financial Services, Inc.**
**c/o Incorp Services, Inc.**
**216 Centerview Dr**
**Suite 317**
**Brentwood, TN 37027-3226**

**Progressive Leasing**
**256 West Data Drive**
**Draper, UT 84020**

**Service Loan Company**
**Attn: Bankruptcy**
**1425 E Stone Drive, Ste 5**
**Kingsport, TN 37660**

**Service Loan Company, Inc.**
**c/o Jason Warren**
**2 N 2nd St**
**Memphis, TN 38103-2602**

**Smart Finance Johnson City**
**3001 Bristol Highway**
**Johnson City, TN 37601**

**Smart Finance Johnson City Inc.**
**c/o Colman Hoffman**
**626 Simmons Road**
**Knoxville, TN 37932-3227**

**/s/ Jeremy D. Jones BPR#032527**
**Jeremy D. Jones BPR#032527**
**Dean Greer & Associates**
**2809 East Center Street**
**P. O. Box 3708**
**Kingsport, TN 37664**
**423-246-1988**
**bankruptcy@deangreer.com**